## 50237. DALTON v. VANDERKOOI et al.

QUILLIAN, Judge.
1. It is not error for the trial judge to grant a continuance prior to the date the case is set for trial. Code § 81-1419.
2. The awarding of reasonable attorney fees and expenses because of the defendant's failure to comply with Code Ann. § 81A-130 (g) (Ga. L. 1966, pp. 609, 641; 1967, pp. 226, 233; 1972, pp. 510, 515) was not erroneous.
*Judgment affirmed. Pannell, P. J., and Clark, J., concur.*

ARGUED FEBRUARY 4, 1975 — DECIDED MARCH 4, 1975 — REHEARING DENIED MARCH 28, 1975 —

Robert L. Dalton, *pro se.*
*Ken Stula,* for appellees.